IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **STEVEN F. HOTZE, M.D. AND AUBREY TAYLOR,** § § § § *Plaintiffs,* § § v. § § **KIM OGG, VIVIAN KING, GERALD WOMACK and HARRIS COUNTY, TEXAS, a government municipality in Texas.** § § § § § § § *Defendants.* § | CIVIL ACTION NO. 4:25-cv-04492 |

**DEFENDANT KIM OGG'S UNOPPOSED MOTION
FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendant Kim Ogg files this Unopposed/Agreed Motion for Extension of Time to Respond to Complaint pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and, in support thereof, would respectfully show the Court as follows:

1. Defendant Kim Ogg requests an extension of the deadline to file her answer or otherwise respond to the Complaint in this suit by 24 days to January 15, 2026.

2. Rule 6(b) of the Federal Rules of Civil Procedure authorizes the Court to extend for good cause the deadline for Defendant Kim Ogg to file her answer or otherwise respond to the Complaint. *See* Fed. R. Civ. P. 6(b).

3. There is good cause for extension of the deadline for Defendant Kim Ogg to file her answer or otherwise respond to the Complaint.

4. Defendant Kim Ogg was first served on December 1, 2025.

5. The current deadline for Defendant Kim Ogg to file her answer or otherwise

respond to the Complaint is December 22, 2025.

6. Defendant Kim Ogg requests an extension of the deadline to file her answer or otherwise respond to the Complaint. This is Defendant Kim Ogg's first request for extension of the deadline to file her answer or otherwise respond to the Complaint in this suit.

7. The undersigned counsel has conferred with counsel for Plaintiff who advised he is unopposed to this extension.

8. This Motion is brought in good faith, not for purposes of delay, and will not prejudice any party to this suit.

9. As this suit is in its preliminary stages, the requested extension will not conflict with any other deadlines.

For these reasons, Defendant Kim Ogg respectfully asks the Court to extend the deadline to file her answer or otherwise respond to the Complaint in this suit to January 15, 2026.

    Respectfully submitted,

**CHRISTIAN D. MENEFEE**
HARRIS COUNTY ATTORNEY

**JONATHAN G. C. FOMBONNE**
DEPUTY COUNTY ATTORNEY AND FIRST ASSISTANT

By: */s/ Natalie G. DeLuca*
    NATALIE G. DELUCA
    Managing Counsel
    State Bar No. 24045772
    Fed. Bar No. 570841
    Tel: (713) 274-5103
    Natalie.Deluca@harriscountytx.gov
    1019 Congress St.
    Houston, Texas 77002
    Fax: (713) 755-8823
    *Attorneys for Defendant Kim Ogg*

## CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with counsel for Plaintiffs in the above-referenced suit and that such counsel stated Plaintiffs are unopposed.

> By: __*/s/ Natalie G. DeLuca*__
> Natalie G. DeLuca

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion has been served on the following parties and/or counsel of record by filing it with the Court's electronic-filing system on December 16, 2025.

> By: __*/s/ Natalie G. DeLuca*__
> Natalie G. DeLuca