IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEVEN F. HOTZE, M.D. AND AUBREY TAYLOR, § § § § | |
| *Plaintiffs*, § | |
| VS. § | NO. 4:25-CV-04492 |
| § | |
| KIM OGG, VIVIAN KING, GERALD WOMACK and HARRIS COUNTY, TEXAS, a government municipality in Texas. § § § § § | |
| *Defendants*. § | |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiffs, by and through their undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice of the voluntary dismissal of all actions, claims, and causes of action against Defendant Gerald Womack in the above-captioned matter. Each party shall bear its own costs and fees.

Defendant Gerald Womack consents and stipulates to the dismissal with prejudice of Plaintiffs' action.

Dated: February 26, 2026

                                              Respectfully submitted,

                                              */s/ Jared Woodfill*
                                              Jared Woodfill
                                              Attorney-In-Charge
                                              State Bar No. 00788715
                                              Federal Bar No. 17069
                                              5850 San Felipe, Fifth Floor
                                              Houston, Texas 77057
                                              (713) 751-3080
                                              (713) 751-3058
                                              woodfillservice@gmail.com
                                              jwoodfill@woodfilllaw.com
                                              Attorney for Plaintiffs

## **CERTIFICATE OF CONFERENCE**

On February 24, 2026, the undersigned attorney called Defendant's counsel, who represented that they were unopposed to the relief sought herein.

                                              */s/ Beth Chambers*
                                              Beth Chambers

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served via electronic mail on the following counsel for Defendants on this 26th day of February 2026.

                                              */s/ Jared Woodfill*
                                              Jared Woodfill