IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEVEN F. HOTZE, M.D. AND AUBREY TAYLOR, | § § § § | |
| *Plaintiffs,* | § § | |
| VS. | § § | NO. 4:25-CV-04492 |
| KIM OGG, VIVIAN KING, GERALD WOMACK and HARRIS COUNTY, TEXAS, a government municipality in Texas. | § § § § § § | |
| *Defendants.* | § § | |

**PLAINTIFFS' <u>UNOPPOSED</u> MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS KIM OGG AND VIVIAN KING'S MOTION TO DISMISS [DOC. 24 ]**

Plaintiffs file this Unopposed Motion for Extension of Time to Respond to Defendants Kim Ogg and Vivian King's ("DA Defendants") Motion to Dismiss, and state as follows:

1. On February 10, 2026, the DA Defendants filed their Motion to Dismiss (Doc. 24).

2. Mr. Woodfill just finished a trial and is immersed in trial preparation for another two-week trial scheduled to begin in early March of 2026.

4. As a result, counsel for Plaintiffs have not had time to prepare a timely response in opposition to the DA Defendants' Motion to Dismiss.

5. The Response is currently due on or before March 3, 2026.

6. Plaintiffs respectfully ask the Court to grant them until March 24, 2026, to fully and comprehensively respond to the DA Defendants' Motion.

7. This Motion will not cause a significant delay, and the DA Defendants will not

suffer any prejudice as the DA Defendants are unopposed to the relief requested herein.

Dated: February 27, 2026.

Respectfully submitted,

**WOODFILL LAW FIRM, P.C.**

*/s/ Jared R. Woodfill*
Jared R. Woodfill
TX Bar No. 00788715
Dorothy "Beth" Chambers
SDTX Bar No. 3898811
5850 San Felipe, 5th Floor
Houston, Texas 77057
Tel: (713) 751-3080
Fax: (713) 751-3058
Email: woodfillservice@gmail.com (service only)
jwoodfill@woodfilllaw.com (non-service)
***Attorneys for Plaintiffs***

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with counsel for Defendant Harris County regarding Plaintiffs' Motion for Extension of Time. Counsel for Defendant Harris County is UNOPPOSED to this Motion.

*/s/ Beth Chambers*
Dorothy "Beth" Chambers

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on all counsel for all parties of record on February 27, 2026, in accordance with the Federal Rules of Civil Procedure.

*/s/ Jared Woodfill*
Jared Woodfill