**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| **STEVEN F. HOTZE, M.D. AND AUBREY TAYLOR,** | § § § § § |  |
| *Plaintiffs*, | § § |  |
| **v.** | § § § § | **Case Number  4:25-CV-04492** |
| **KIM OGG, VIVIAN KING, GERALD WOMACK and HARRIS COUNTY, TEXAS, a government municipality in Texas,** | § § § § § § § |  |
| *Defendants*. | § |  |

## JOINT MOTION TO AMEND ORDER AND STAY DISCOVERY

The remaining parties (Plaintiff Steven F. Hotze, M.D., Plaintiff Aubrey Taylor, Defendant Kim Ogg, Defendant Vivian Ogg, and Defendant Harris County, Texas), jointly move to amend the Order setting a discovery schedule (ECF No. 43) and to stay discovery. The parties have stipulated that discovery should be stayed until final resolution of the pending immunity defenses.

In this action pursuant to section 1983, Plaintiffs claim that Defendants Vivian King and Kim Ogg violated their constitutional rights, and that Defendant Harris County is also liable. ECF No. 1 (Complaint). Ms. King and Ms. Ogg have moved to dismiss based on, among other reasons, qualified and absolute immunity. ECF

1

No. 24. Harris County has also moved to dismiss. ECF No. 17. Plaintiffs oppose dismissal, and the motions are fully briefed. An Order setting a discovery schedule has been entered. *See* ECF No. 43.[1]

The parties respectfully submit that this Order should be amended and that discovery should be stayed as to all parties pending final resolution of the immunity defenses, including any appeal from a denial of those defenses. The parties conferred about the stay and stipulated to it in the Joint Discovery/Case Management Plan Under Rule 26(f). ECF No. 38 at 1. This is consistent with Fifth Circuit precedent directing that where, as here, "public officials assert qualified immunity in a motion to dismiss, a district court must rule on the motion. It may not permit discovery against the immunity-asserting defendants before it rules on their defense." *Carswell v. Camp*, 54 F.4th 307, 311 (5th Cir. 2022); *see also Backe v. LeBlanc*, 691 F.3d 645, 648 (5th Cir. 2012) (recognizing that qualified immunity's protections include immunity from pretrial discovery). It is also consistent with this Court's authority to stay discovery to promote efficiency. *See, e.g.*, *Erwin v. Murray*, 2023 WL 7112830, at *5 (E.D. La. Oct. 27, 2023); *Citgo Petrol. Corp. v. M/T Bow Fighter*, 2009 WL 690080, *6 (S.D. Tex. Apr. 7, 2009).

---

[1] The parties were unable to reach the Court for the referenced telephone conference on April 8, 2026.

Accordingly, the parties respectfully request that the Court amend the Order setting a discovery schedule, ECF No. 43, and enter an order staying discovery consistent with the parties' stipulation, *see* ECF No. 38 at 1. Any requirement of good cause under Fed. R. Civ. P. 16 is satisfied for the reasons stated above.

## **CONCLUSION**

Consistent with the parties' stipulation and Fifth Circuit precedent, the Order setting a discovery schedule should be amended, and the Court should stay discovery as stated in the Joint Discovery/Case Management Plan (ECF No. 38 at 1).

Respectfully submitted this 5th day of June, 2026.

**BRADLEY ARANT BOULT CUMMINGS LLP**

*/s/ Robert H. Ford*
**Robert H. Ford**
Attorney-in-Charge
Texas Bar No.: 24074219
Federal Bar No. 1392569
rford@bradley.com
**Jaylan Sanders**
Texas Bar No. 24149373
Federal Bar No. 3949410
jsanders@bradley.com
600 Travis, Suite 5600
Houston, Texas 77002
Telephone: (713) 576-0300
Facsimile: (713) 576-0301

**Michael J. Bentley**
Mississippi Bar No. 102631

3

Federal Bar No. 3948333
**James Stephen Fritz, Jr.**
Mississippi Bar No. 105936
Federal Bar No. 3737930
One Jackson Place
188 E. Capitol Street, Suite 1000
Jackson, MS 39201
Telephone: (601) 948-8000
Facsimile: (601) 948-3000
mbentley@bradley.com
sfritz@bradley.com

**COUNSEL FOR DEFENDANTS
VIVAN KING AND KIM OGG**

**AND**

*/s/ Frank Ford*
**Frank Ford**
Assistant County Attorney
ATTORNEY-IN-CHARGE
Federal ID No. 565385
State Bar No. 24012642
Phone: (832) 570-7582 (direct)
Frank.ford@harriscountytx.gov

**OFFICE    OF    THE    HARRIS
COUNTY ATTORNEY**
Harris County Attorney's Office
1010 Lamar, 11th Floor
Houston, Texas 77002

**ATTORNEY FOR DEFENDANT
HARRIS COUNTY**

**AND**

*/s/ Dorothy "Beth" Chambers*
**Jared R. Woodfill**
State Bar No. 00788715

4

Fed. Bar No. 17069
**Dorothy "Beth" Chambers**
SDTX Bar No. 3898811
5850 San Felipe, 5th Floor
Houston, Texas 77057
Tel: (713) 751-3080
woodfillservice@gmail.com (service)
jwoodfill@woodfilllaw.com
(non service)

**COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion has been served on the following parties and/or counsel of record by filing it with the Court's electronic-filing system on June 05, 2026.

*/s/ Robert H. Ford*
**Robert H. Ford**

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with all counsel of record for this matter regarding the substance of this motion in accordance with the local rules of this Court.

*/s/ Robert H. Ford*
**Robert H. Ford**