United States District Court
Southern District of Texas
**ENTERED**
June 11, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEVEN F. HOTZE, M.D., *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-04492 |
| | § | |
| KIM OGG, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF RECUSAL

I stand recused in this case.

It is so Ordered.

SIGNED on June 11, 2026, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge